AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

### for the
### District of North Dakota

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 1:18-mj-167 |
| **The premises known as 307 Dakota Drive, New Town, North Dakota occupied by Christina Sando and Meiko Chase** | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The premises known as 307 Dakota Drive, New Town, North Dakota occupied by Christina Sando and Meiko Chase (See Exhibit A)

located in the _____ District of _____ North Dakota _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Exhibit B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1111 and 1153 | Murder |

The application is based on these facts:

See the testimony of FBI SA Bruce Bennett

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

**Bruce Bennett, SA FBI**
*Printed name and title*

*by telephone to fax.*

Sworn to before me ~~and signed in my presence.~~

Date: 5/25/18

_____
*Judge's signature*

City and state:  Bismarck, North Dakota

Charles S. Miller, Jr., U.S. Magistrate Judge
*Printed name and title*