AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1:18-mj-167 | Date and time warrant executed: <br> 5/25/2018 | Copy of warrant and inventory left with: <br> Christina Sando |
| Inventory made in the presence of: <br> Duane Bowen | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> From the interior of the residence at 307 Dakota Drive: Photographs were taken. No property aside from apparent drug paraphernalia was removed. The suspected drug paraphernalia was removed by the Three Affiliated Tribes Police Department. Prior to the issuance of the search warrant, verbal consents from Christina Sando and Meiko Chase were obtained by the FBI and witnessed by Three Affiliated Tribes Police Department. The verbal consents pertained to a search of the exterior (outdoor) premises of 307 Dakota Drive. From the exterior premises, the following items were collected: One white cloth blanket, one white towel, one board, and material collected with swabs. Nothing follows. <br><br> MBB 5/31/2018 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/2018

Megan Bennett
*Executing officer's signature*

Megan Bennett, Special Agent FBI
*Printed name and title*